LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE COMER AND KAREN BROUGHTON, <br><br> Plaintiffs, <br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendants. | Case No. C 06 1031 WHA <br><br> **STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION** <br><br> HON. WILLIAM ALSUP |

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs request dismissal without prejudice of the entire action. Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulate to that dismissal.

Dated: _____                    Dated: 8/17/06

**LEVIN SIMES KAISER & GORNICK LLP**          **REED SMITH LLP**

_____                              _____
Emily Charley                                James M. Wood
Attorneys for Plaintiff                      Nadia M. Bishop
                                             Dana Reedy
                                             Attorneys for Defendants
                                             ELI LILLY AND COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 22, 2006                       _____
                                             The Honorable William Alsup
                                             United States District Court Judge

STIPULATION AND VOLUNTARY DISMISSAL                                        PAGE 1